UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 1 1 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

| | |
|---|---|
| XW and KRW, by their next friend AW and BA, by his next friend CB<br><br>Plaintiffs<br><br>v.<br><br>CHARLES SMITH, Executive Commissioner, Texas Health and Human Services Commission, and GARY JESSEE, Texas Medicaid Director, both in their official capacities only<br><br>Defendants | CIVIL ACTION NO.<br>SA-16-CA-1235-OG |

# ORDER

This case is stayed until at least August 4, 2017, while the parties continue to discuss a compromise and settlement. This case may be administratively closed during this time. The case may be re-opened upon the filing of a motion by any party to either approve the settlement or resume litigation if settlement discussions are not successful. The parties are urged to use their best efforts to settle the claims herein.

IT IS SO ORDERED this 11 day of April, 2017.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE