IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| XW and KRW, by their next friend AW and BA, by his next friend, CB | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 5:16-cv-1235 |
| | § | |
| v. | § § | |
| CHARLES SMITH, Executive Commissioner, Texas Health and Human Services Commission, and GARY JESSEE, Texas Medicaid Director, both in their official capacities only, | § § § § § § § | |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(A)(ii), all parties to this action submit this stipulation of dismissal with prejudice as to claims that existed as of the effective date of each Plaintiff's settlement agreement but without prejudice as to claims that did not exist as of the effective date of each Plaintiff's settlement agreement. This action is hereby dismissed in its entirety without costs or fees to any party except as indicated in the parties' settlement agreements.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

*/s/ Sean Flammer*
Sean Flammer
Assistant Attorney General
Texas Bar No. 24059754
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Sean.flammer@oag.texas.gov
(512) 463-2120 PHONE
(512) 320-0667 FAX
**COUNSEL FOR DEFENDANTS**

Susan F. Zinn
Texas Bar No. 07015500
TEXAS RIOGRANDE LEGAL AID, INC.
Medical Legal Assistance for Families
Mailing address: 1111 N. Main Street
San Antonio, TX 78212
Tel: (210) 704-8730
Fax: (210) 704-8743

Peter Hofer
State Bar No. 09777275
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816 (Phone)
(512) 454-3999 (Fax)
phofer@drtx.org

Terry Anstee
State Bar No. 24080619
DISABILITY RIGHTS TEXAS
523 N. Sam Houston Pkwy E., STE 310
Houston, Texas 77060
(832) 681-8214(Phone)
(888) 398-0018 (Fax)
tanstee@drtx.org

BY: /s/  Susan Zinn

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 18, 2018, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

           ***/s/ Peter Hofer***
           Peter Hofer